```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF MISSISSIPPI
                NORTHERN DIVISION
```

DEBORAH FRAZIER                                          PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:15CV39TSL-RHW

CAROLYN W. COLVIN, ACTING COMMISSIONER                   DEFENDANT
OF SOCIAL SECURITY

<u>ORDER</u>

  This cause is before the court on the objections of plaintiff Deborah Frazier to the report and recommendation of United States Magistrate Judge Robert H. Walker on July 12, 2016, recommending that plaintiff's motion for summary judgment be denied and the government's motion to affirm the decision of the commissioner be granted.  The court, having fully reviewed the report and recommendation and being duly advised in the premises, and having conducted a <u>de novo</u> review of those portions of the report and recommendation to which objections were made, now finds that the objections should be overruled and that the report and recommendation should be adopted as the opinion of the court.

  Based on the foregoing, it is ordered that plaintiff's objections to the report and recommendation are overruled.  It is further ordered that the report and recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the findings of the court.  It follows then

that plaintiff's motion for summary judgment is denied and that the government's motion to affirm is granted, such that the action will be dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of August, 2016.

                                          /s/Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE